JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIA HOLMES,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED STATES VETERANS INITIATIVE,<br><br>           Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | CASE NO.:  2:19-cv-06779-JFW-JC<br><br>**JUDGMENT**<br><br>*Trial Date:  8/18/20* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　Pursuant to the Court's June 9, 2020 order (Docket 115), judgment is entered in favor of Defendant UNITED STATES VETERANS INITIATIVE and against Plaintiff PIA HOLMES as follows:

/ / /

/ / /

/ / /

- 1 -

**JUDGMENT**

1. Defendant UNITED STATES VETERANS INITIATIVE's Motion for Summary Judgment as to Plaintiff PIA HOLMES' Amended Complaint (Docket 74) is GRANTED in its entirety;

2. Plaintiff PIA HOLMES recovers nothing;

3. The action is to be dismissed in its entirety and on the merits; and

4. Defendant UNITED STATES VETERANS INITIATIVE is entitled to recover costs from Plaintiff PIA HOLMES.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: June 16, 2020

_____
UNITED STATES DISTRICT JUDGE